IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MALCOLM SANDERS, #251 043, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:09-cv-856-TMH |
| ) | |
| ) | |
| SHERIFF ANDY R. HUGES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #34) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation (Doc. #34) of the Magistrate Judge is ADOPTED and this case is DISMISSED without prejudice due to Plaintiff's failures to prosecute this action and to comply with the orders of this court.

A separate judgment shall issue.

Done this 9th day of June, 2011.

/s/ Truman M. Hobbs

UNITED STATES DISTRICT JUDGE